CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

March 23, 2026
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **Lori B.,**[1] | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 7:25cv197** |
| | ) |
| **FRANK BISIGNANO,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter was referred to the Hon. Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 20, 2026, recommending that the Commissioner's decision be affirmed. No objection to the report and recommendation has been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation (Dkt. 16) is **ADOPTED in its entirety**;

2. This decision of the Commissioner is **AFFIRMED**; and

---

[1] Due to privacy concerns, I use only the first name and last initial of the claimant in social security orders.

3.  This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

Entered:  March 23, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge